```
                                    RECEIVED & FILED          FAX FILED:
                                                              11-10-2021
                                    2021 NOV 12 P 12:58       R. Willis
                                                              Deputy Clerk of Court
                                    CLERK OF COURT
IVAN GUILLORY                       CAMERON 38TH JUDICIAL DISTRICT COURT
              10-20743
VS. NO. _____    :    PARISH OF CAMERON

CHENIERE ENERGY PARTNERS GP, LLC :  STATE OF LOUISIANA

FILED: _____     :    _____
                                    DEPUTY CLERK OF COURT
```

***

### PETITION FOR DAMAGES

***

The petition of **IVAN GUILLORY**, a person of full age of majority who resides in Calcasieu Parish, State of Louisiana, with respect represents:

1.

**CHENIERE ENERGY PARTNERS GP, LLC**, a Delaware limited liability company, who is registered and authorized to conduct business in Louisiana, who maintains its registered office in Louisiana at 501 Louisiana Avenue, Baton Rouge, Louisiana 70802, and who may be served through their registered agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802

is made defendant herein, and is justly and truly indebted unto your Petitioner for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings, for the following reason, to-wit:

2.

On or about February 16, 2021, petitioner, IVAN GUILLORY, was working for Zachary Industrial Maintenance performing construction at Cheniere LNG Sabine Pass (the "Plant"), owned and operated by defendant, CHENIERE ENERGY PARTNERS GP, LLC, located at 9243 Gulf Beach Hwy, Cameron, Cameron Parish, Louisiana 70631. While petitioner was working maintenance at the Plant during a lockdown due to Winter Storm Uri, he was directed by a Cheniere employee to inspect a HVAC unit. The deteriorating weather conditions caused iced to form on the concrete, and when sent into the adverse conditions on behalf of defendant, the petitioner, suddenly and without warning, slipped on unseen ice and caused significant injury to the petitioner's right shoulder. These injuries required extensive medical care and treatment.

3.

After seeking medical care, petitioner returned to work at the Plant. Thereafter, on or about March 18, 2021, petitioner was at the Plant and was called out on another HVAC inspection. This



inspection took place on an elevated platform of some sort, on which the Plant had installed harness cables approximately eight (8") inches above the ground. As petitioner was maneuvering along the inspection site, he tripped over one of the improperly identified and hazardously placed cables, causing a fall. This fall caused significant injury to the petitioner's left shoulder, which required extensive medical care and treatment.

4.

The above-described incidents were caused by the fault and/or negligence of defendant, **CHENIERE ENERGY PARTNERS GP, LLC**, and/or their employees, agents or assigns, which acts of fault and/or negligence include, but are not limited to the following, to wit:

a. Failing to properly maintain the facility to prevent it from becoming unreasonably dangerous;

b. Creating a hazardous condition;

c. Failing to correct a hazardous condition;

d. Failure to supervise the selection and placement of safety devices or other substances; and

e. Failing to warn of a danger which was known, or should have been known, to the defendant.

5.

As a result of this incident petitioner, **IVAN GUILLORY**, sustained injuries, which injuries include, but are not limited to the following, to wit:

a. Injuries about the body in general;

b. Injuries to the spine and spinal processes;

c. Injuries to the shoulders; and

d. Other injuries as may be proven at trial.

6.

As a result of this incident petitioner, **IVAN GUILLORY**, has sustained damages, which damages include, but are not limited to the following, to wit:

a. Past, present, and future medical and attendant expenses;

b. Past, present, and future physical and mental pain, suffering and anguish;

c. Past, present, and future loss of earnings and earning capacity;

d. Disability; and

e. Loss of enjoyment of life.

7.

Petitioner, **IVAN GUILLORY**, alleges upon information and belief that it may be necessary to present expert testimony during the preparation for and the trial on the merits on this case and, as such, desires that all such expert witness fees be taxed as court costs and assessed against the said defendants.

8.

The rights of Petitioner, **IVAN GUILLORY**, arise out of the activities of defendant, **CHENIERE ENERGY PARTNERS GP, LLC,** all of which occurred within the State of Louisiana, Parish of Cameron, and this court therefore has personal jurisdiction over the defendants, subject matter jurisdiction as to the claims asserted herein, and further is a proper venue for these claims.

**WHEREFORE, PETITIONER, IVAN GUILLORY, PRAYS THAT:**

1. Defendant, **CHENIERE ENERGY PARTNERS GP, LLC,** be cited to answer and served with this petition for damages;

2. After lapse of all delays, and due proceedings had, there be judgment herein in favor of petitioner, **IVAN GUILLORY** and against defendant **CHENIERE ENERGY PARTNERS GP, LLC,** for such damages as will fully and fairly compensate petitioner, with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings; and

3. For all other relief that is equitable or justifiable in the premises.

Respectfully submitted,

**BRASHEAR LAW, LLC**

_____
JUSTIN S. BRASHEAR (La. Bar Roll No. 35058)
1505 Common Street (70601)
PO Box 3048
Lake Charles, Louisiana 70602
Telephone:   (337) 465-2120
Facsimile:   (337) 660-2246
Email:       justin@brashear-law.com

*ATTORNEY FOR PLAINTIFF*

**PLEASE SERVE THE DEFENDANT AS FOLLOWS:**

**CHENIERE ENERGY PARTNERS GP, LLC,** through their registered agent for service of process, _Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802._

FAX FILED:
11-10-2021
R. Willis
Deputy Clerk of Court

RECEIVED & FILED
2021 NOV 12 P 12:58
CLERK OF COURT
CAMERON PARISH, LA.

| | | |
|---|---|---|
| IVAN GUILLORY | : | 38TH JUDICIAL DISTRICT COURT |
| VS. NO. 10-20748 | : | PARISH OF CAMERON |
| CHENIERE ENERGY PARTNERS GP, LLC | : | STATE OF LOUISIANA |
| FILED: _____ | : | _____<br>DEPUTY CLERK OF COURT |

***

## REQUEST FOR WRITTEN NOTICE OF ANY ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

***

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us, as counsel of record for Petitioner, **IVAN GUILLORY** written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exception, rules, or on the merits thereof, or any assignment of fixing of said case.

And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby also requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment. This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully submitted,

**BRASHEAR LAW, LLC**

_____
JUSTIN S. BRASHEAR (La. Bar Roll No. 35058)
1505 Common Street (70601)
PO Box 3048
Lake Charles, Louisiana 70602
Telephone: (337) 465-2120
Facsimile: (337) 660-2246
Email: justin@brashear-law.com

*ATTORNEY FOR PLAINTIFF*

RECEIVED & FILED

2021 NOV 12 P 12 58

CLERK OF COURT
CAMERON PARISH

**COPY**

FILED: 11-10-2021

R. Willis
Deputy Clerk of Court

## CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

IVAN GUILLORY
v.
CHENIERE ENERGY PARTNERS GP, LLC

**Court:** 38TH Judicial District Court        **Docket Number:** 10-20743

**Parish of Filing:** CAMERON        **Filing Date:** 11-10-2021

**Name of Lead Petitioner's Attorney:** Justin S. Brashear

**Name of Self-Represented Litigant:** NA

**Number of named petitioners:** 1        **Number of named defendants:** 1

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

| | |
|---|---|
| ___ Auto: Personal Injury | ___ Auto: Property Damage |
| ___ Auto: Wrongful Death | ___ Auto: Uninsured Motorist |
| ___ Asbestos: Property Damage | ___ Asbestos: Personal Injury/Death |
| ___ Product Liability | _X_ Premise Liability |
| ___ Intentional Bodily Injury | ___ Intentional Property Damage |
| ___ Intentional Wrongful Death | ___ Unfair Business Practice |
| ___ Business Tort | ___ Fraud |
| ___ Defamation | ___ Professional Negligence |
| ___ Environmental Tort | ___ Medical Malpractice |
| ___ Intellectual Property | ___ Toxic Tort |
| ___ Legal Malpractice | ___ Other Tort (describe below) |
| ___ Other Professional Malpractice | ___ Redhibition |
| ___ Maritime | ___ Class action (nature of case) |
| ___ Wrongful Death | ___ General Negligence |

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Slip and fall on February 16, 2021, and March 18, 2021.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name: Amanda O'Blanc        Signature: Amanda O'Blanc
Address: 1505 Common Street (PO Box 3048), Lake Charles, Louisiana 70601
Phone number: 337-465-2120        E-mail address: amanda@brashear-law.com