Case 2:21-cv-04312-JDC-KK   Document 1-3   Filed 12/15/21   Page 1 of 2 PageID #: 13



# Notice of Service of Process

null / ALL
Transmittal Number: 24093519
Date Processed: 11/19/2021

| | |
|---|---|
| Primary Contact: | Sean Markowitz<br>Cheniere Energy, Inc.<br>700 Milam St<br>Ste 1900<br>Houston, TX 77002-2835 |
| Electronic copy provided to: | Erin O'Driscoll<br>Cynthia Herrington |
| Entity: | Cheniere Energy Partners GP, LLC<br>Entity ID Number  2523722 |
| Entity Served: | Cheniere Energy Partners Gp, LLC |
| Title of Action: | Ivan Guillory vs. Cheniere Energy Partners Gp, LLC |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Personal Injury |
| Court/Agency: | Cameron Parish District Court, LA |
| Case/Reference No: | 10-20748 |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 11/18/2021 |
| Answer or Appearance Due: | 15 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Brashear Law, LLC<br>337-465-2120 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



# CITATION

| | |
|---|---|
| IVAN GUILLORY | 38TH JUDICIAL DISTRICT COURT |
| VS NO. 10-20748 | PARISH OF CAMERON |
| CHENIERE ENERGY PARTNERS GP, LLC | STATE OF LOUISIANA |

TO: CHENIERE ENERGY PARTNERS GP, LLC, THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY, 501 LOUISIANA AVENUE, BATON ROUGE, LOUISIANA 70802

You are hereby cited to appear before said Court, for said Parish, and to comply with the demand contained in the petition of **DAMAGES** against you, a certified copy of which petition accompanied this citation, or file your answers thereto in writing in the office of the Clerk of Court, in the City of Cameron, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable **PENELOPE RICHARD**, Judge of said court, this **12TH** day of **NOVEMBER**, A.D. 2021.

Issued and delivered **NOVEMBER 12,** A.D. 2021.

_____
Deputy Clerk of Court

REQUESTED BY: JUSTIN S BRASHEAR P1

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SHERIFF'S RETURN - PERSONAL OR DOMICILIARY

FEE $_____  SERVED:_____ PERSONAL _____DOMICILIARY

_____ MILEAGE$_____ SERVED TO:_____

TOTAL $_____  REMARKS:_____

DATE SERVED:_____
_____
DEPUTY SIGNATURE & BADGE NUMBER